UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NATIONAL CASUALTY COMPANY AND AMERICAN ALTERNATIVE INSURANCE COMPANY | * | No. 2:11-cv-3101-LMA-KWR |
| | * | SECTION "I-4" |
| VERSUS | * | JUDGE: LANCE AFRICK |
| TOM'S WELDING, INC. | * | MAGISTRATE: KAREN ROBY |

## NOTICE OF SUBMISSION

TO:

National Casualty Company AND
American Alternative Insurance Company
through their lead counsel of record
Thomas Kent Morrison, Esq.
Messrs. Phelps Dunbar LLP
Canal Place, 365 Canal Street,
Ste. 2000
New Orleans, Louisiana 70130-6534

**PLEASE TAKE NOTICE** that Tom's Welding, Inc., through undersigned counsel, will submit the foregoing the annexed Motion to Dismiss Complaint under FRCP Rule 12(b)(6) to the Hon. Lance M. Africk, United States District Judge, at 9:00am on Wednesday, February 22, 2012.

Respectfully submitted,

_____/s/ Kevin A. Rieth_____
Kevin A. Rieth (#17115)
3701 Canal Street, Suite 127
New Orleans, Louisiana 70119
Telephone: 504-655-9525
Facsimile: 504-484-0776

1

E-Mail: kevinarieth@yahoo.com
Attorney for Tom's Welding, Inc.

## **CERTIFICATE OF SERVICE**

I do hereby certify that on the 17th day of January, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: all counsel of record.

_____*/s/ Kevin A. Rieth*_____
Kevin A. Rieth