# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NATIONAL CASUALTY COMPANY** | * | **No. 2:11-cv-3101-LMA-KWR** |
| **AND AMERICAN ALTERNATIVE** | | |
| **INSURANCE COMPANY** | * | **SECTION "I-4"** |
| **VERSUS** | * | **JUDGE: LANCE AFRICK** |
| **TOM'S WELDING, INC.** | * | **MAGISTRATE: KAREN ROBY** |

## ORDER

**CONSIDERING** the above and foregoing Motion to dismiss by Tom's Welding, Inc.;

**IT IS ORDERED** that the said motion be brought on for submission at 9:00AM on Wednesday, the 22nd day of February, 2012.

New Orleans, LA, this _____ day of _____, 2012.

_____
JUDGE