UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NATIONAL CASUALTY COMPANY                   CIVIL ACTION 11-3101
AND AMERICAN ALTERNATIVE
INSURANCE COMPANY                           SECTION "A"

VERSUS                                      JUDGE: LANCE AFRICK

TOM'S WELDING, INC.                         MAGISTRATE: KAREN ROBY

FILED: _____        _____
                                                 Deputy Clerk

A F F I D A V I T

STATE OF LOUISIANA
PARISH OF JEFFERSON

     BEFORE ME, the undersigned authority, personally came

and appeared JOSEPH A. DARDAR, 4839 Orleans Way, Marrero,

Louisiana 70072, who, being by me duly sworn, deposed and

said:

     1   I have been made aware of the above Declaratory

Judgment action and file this Affidavit herewith.

     2 - I disagree with the Affidavit of David

Saltaformaggio. I was offered $150,000.00 by David

Saltaformaggio, representative of the underwriter and/or

National Casualty in this matter under the hull policy and

am surprised at the action which now claims no coverage.

However, my only response to the offer was to state that it

did not cover my total losses and so I took no further

action at that point.

     3 - The main reason I have done nothing is that I am

undergoing a re-financing and had to list all outstanding or potential claims I may have for the lender's "due diligence" requirements. If the financing goes through, which I hope will take place within 30 days, it is uncertain whether I will have the right to make decisions regarding settlement of claims or whether the lender will reserve that right. Accordingly, I have not approached Tom's Welding, Inc. or its insurer further until the lending and financing issue is resolved, as I may not have the authority to take action without the lender's approval.

_____
JOSEPH A. DARDAR

SWORN TO AND SUBSCRIBED BEFORE ME, MARCH 13ᵗʰ, 2012.

_____
NOTARY PUBLIC

Brian C Beckwith
No. 16809

EXHIBIT A TO OPPOSITION